1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

KATE SVALDI,

Case No. C15-115-RAJ

10

Plaintiff,

ORDER DISMISSING CASE

11

12

v.

13

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

14

15

Defendant.

16

17

     As an initial matter, the Court declines to strike Plaintiff's Objections to

18

the Report and Recommendations of the Honorable James P. Donohue (Dkt. #

19

15) and considered it in reviewing the record.  As such, Plaintiff's Motion for

20

Leave to Reply (Dkt. # 17) is DENIED.

     The Court, after careful consideration of Plaintiff's complaint, the parties'

21

briefs, all papers and exhibits filed in support and opposition thereto, the Report

22

and Recommendation of the Honorable James P. Donohue, and the balance of the

23

record, does hereby find and ORDER:

24

     (1)    The Court adopts the Report and Recommendation.

25

26

(2)     The final decision of the Commissioner is AFFIRMED and this case is DISMISSED with prejudice.

(3)     The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.


DATED this 2nd day of October , 2015.


_____

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CASE
PAGE - 2