Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATE SVALDI,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration[1],

        Defendant.

No. C15-115 RAJ

ORDER RE: SOCIAL SECURITY DISABILITY APPEAL

This matter comes before the undersigned on remand from the Ninth Circuit Court of Appeals. (Dkts. 25-26.) The Ninth Circuit issued a Memorandum reversing the decision of the district court and remanding this matter with instructions to remand to the Commissioner of Social Security to calculate and award benefits to Ms. Svaldi. (Dkt. 25.) As such, this matter is REMANDED to the Commissioner for further administrative proceedings consistent with the Ninth Circuit's decision.

DATED this 30th day of April, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket.

ORDER RE: SOCIAL SECURITY
DISABILITY APPEAL – 1